# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | |

UNITED STATES OF AMERICA

V.

Julio Adrian SALGADO-Melendez
A94 924 645    YOB:    1988
AKA:
United States

**CRIMINAL COMPLAINT**

CASE NUMBER:    M-07-2002-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _April 17, 2007_ in **Starr** County, in the Southern District of Texas defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Rocio VASQUEZ-Rodriguez and Jose Refugio SALAZAR-Maldonado both citizens and nationals of the United Mexican States, and two (2) other citizens and nationals of the United Mexican States for a total of four (4), who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Sullivan city, Texas to the point of arrest in Sullivan City, Texas:**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__    FELONY

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On April 17, 2007, Agents R. Garza and R. Cordova were instructed to respond to the Sullivan City Police Department to question some individuals concerning their immigration status. Upon arrival, officer E. Trevino advised the Agents that about 7:14 P.M. he conducted a traffic stop on a red 1996 Plymouth Breeze, after receiving information that the vehicle was involved in suspicious activity. The driver and its occupants were detained by Officer E. Trevino pending questioning by Border Patrol Agents. The Agents established that the driver, Julio Adrian SALGADO-Melendez, was a citizen of the United States. It was also determined that the four passengers were citizens and nationals of Mexico illegally in the United States. All five subjects were then transported to the McAllen Border Patrol Station for further questioning and processing.

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:    [X] Yes  [ ] No

Approved
Terry L Leonard
Asst U.S. Attorney

_Signature of Complainant_

Jose L. Hernandez        Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

April 19, 2007                                at    McAllen, Texas
Date                                               City and State

Dorina Ramos        , U. S. Magistrate Judge
Name and Title of Judicial Officer            Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-07-2002-M

RE:     Julio Adrian SALGADO-Melendez                     A94 924 645

**CONTINUATION:**

**Principal Statement:**
Julio Adrian SALGADO-Melendez was read his Miranda Rights as per Service Form I-214 by Senior Border Patrol Agent Cordova. Subject waived his rights and was willing to answer questions without the presence of an attorney. SALGADO-Melendez stated that he was pumping gas at a convenience store when he was asked for a ride. He said that he was going to give them a ride across the street. SALGADO-Melendez stated that he was not charging them for the ride. He also stated that he did not know the people were illegal aliens and that it was against the law to transport illegal aliens.

**MATERIAL WITNESS:**
Rocio VASQUEZ-Rodriguez was read her Miranda Rights as per Service form I-214. Subject waived her rights and was willing to answer questions without the presence of an attorney. VASQUEZ-Rodriguez stated, she illegally crossed into the United States near Los Ebanos, Texas on or about April 17, 2007. She stated that she was going to pay an unknown smuggler $1,500.00 to be smuggled to Houston, Texas. VASQUEZ-Rodriguez stated that she was told that they would be picked up at the end of a street and be dropped off at a store. She said that the vehicle that was going to pick them up was maroon in color. VASQUEZ-Rodriguez said she can identify the driver.

**MATERIAL WITNESS:**
Jose Refugio SALAZAR-Maldonado was read his Miranda Rights as per Service form I-214. Subject waived his rights and was willing to answer questions without the presence of an attorney. SALAZAR-Maldonado stated, he illegally crossed into the United States near Los Ebanos, Texas on or about April 17, 2007. He said that he made arrangements with an unknown individual to be smuggled to Houston , Texas for a fee of $1,500.00. SALAZAR-Maldonado said that after they crossed they walked to a street and then to a store where they got picked up. He said that he was told that this driver was to take them to another store to meet the smuggler from Reynosa.